Before the Second Division, May 16, 1939

No. 41334.—Protest 841967–G of W. X. Huber Co. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Ramallah* v. *United States* (T. D. 47681) the merchandise in question was held dutiable as manufactures of cotton at 40 percent under paragraph 923 as claimed.